| | |
|---|---|
| 1 | James P. Watson (SBN 046127) |
|   | STANTON, KAY & WATSON, LLP |
| 2 | 101 New Montgomery Street, Fifth Floor |
|   | San Francisco, CA  94105 |
| 3 | Telephone:  (415) 512-3501 |
| 4 | Facsimile:   (415) 512-3515 |
|   | Email:       jamesw@skwsf.com |
| 5 | |
|   | Attorneys for Defendant |
| 6 | WESTERN CONFERENCE OF TEAMSTERS |
| 7 | PENSION PLAN |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH FAHEY, | Case No.: C-06-06554 CRB |
| Plaintiff, | STIPULATION WAIVING SERVICE OF FIRST AMENDED COMPLAINT AND SETTING TIME OF DEFENDANT TO RESPOND |
| v. | |
| WESTERN CONFERENCE OF TEAMSTERS PENSION PLAN, | [PROPOSED] ORDER |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties hereto, named above, through their respective counsel of record, that defendant shall waive formal service of the First Amended Complaint herein and that defendant shall have through and including November 21, 2006 in which to respond to the First Amended Complaint.

///

///

///

///

///

///

///

- 1 -
STIPULATION WAIVING SERVICE OF FIRST AMENDED COMPLAINT AND SETTING TIME OF DEFENDANT TO RESPOND
[PROPOSED ]ORDER [USDC Case No. 06-06554 CRB]

IT IS SO STIPULATED:

DATED: November 2, 2006    LEWIS, FEINBERG, RENAKER & JACKSON, PC

BY: _____
Jeffrey Lewis, Esq.
Attorneys for Plaintiff
JOSEPH FAHEY

DATED: November 2, 2006    STANTON, KAY & WATSON, LLP

BY: _____
James P. Watson, Esq.
Attorneys for Defendant
WESTERN CONFERENCE OF TEAMSTERS
PENSION PLAN

---

[PROPOSED] ORDER

Upon reading the foregoing Stipulation,

IT IS HEREBY ORDERED that defendant WESTERN CONFERENCE OF TEAMSTERS PENSION PLAN shall have through and including November 21, 2006 in which to respond to the First Amended Complaint herein.

IT IS SO ORDERED.

DATED: November 06, 2006

_____
CHARLES R. BREYER, US DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

F:\CASES\11000 (Western Conf. of Teamsters)\11000.3 (Joseph Fahey)\PLEADINGS\STIPULATION WAIVING SERVICE OF FIRST AMENDED COMPLAINT.doc

- 2 -
STIPULATION WAIVING SERVICE OF FIRST AMENDED COMPLAINT AND SETTING TIME OF DEFENDANT TO RESPOND
[PROPOSED] ORDER [USDC Case No. 06-06554 CRB]