Robert F. Schwartz - CA State Bar No. 227327
TRUCKER HUSS, A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, CA 94104-4398
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
email: rschwartz@truckerhuss.com

Attorneys for Defendant

Jeffrey Lewis - CA State Bar No. 66587
Cassie Springer-Sullivan - CA State Bar No. 221506
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
e-mail: jlewis@lewisfeinberg.com
           cssullivan@lewisfeinberg.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH FAHEY,<br><br>                    Plaintiff,<br>vs.<br><br>WESTERN CONFERENCE OF<br>TEAMSTERS PENSION PLAN,<br><br>                    Defendant. | Case No. C06-06554 CRB<br><br>**STIPULATION TO DE NOVO STANDARD OF REVIEW** |

WHEREAS at the January 26, 2007 Case Management Conference the Court agreed set a date by which Plaintiff would file a motion for summary adjudication to determine the standard of review; and

WHEREAS the parties, through their attorneys of record, have agreed that the appropriate judicial standard of review of this matter will be *de novo*, thus obviating the need for a motion

for summary adjudication to determine the issue, and;

WHEREAS the parties believe that discovery and the submission of additional evidence may be beneficial and necessary to the Court's exercise of informed and independent judgment, and therefore appropriate under *Mongeluzo v. Baxter Travenol Long Term Disability Ben. Plan*, 46 F.3d 938, 943 (9th Cir. 1995);

NOW, THEREFORE, the parties, by and through their attorneys of record, hereby stipulate as follows:

1. The appropriate judicial standard of review is *de novo*;

2. Discovery is allowable to the extent permitted under the standard set forth in *Mongeluzo*;

3. Nothing in this stipulation shall prohibit either party from objecting to discovery or seeking a protective order against discovery under any of the grounds set forth in the Federal Rules;

5. The further case management conference, set for April 6, 2007 at 8:30, remains on calendar, at which point the Court will set a discovery schedule.

Dated: 2/28, 2007

Respectfully submitted,

LEWIS, FEINBERG, LEE, RENAKER & JACKSON P.C.

By: /s/ Cassie Springer-Sullivan
Cassie Springer-Sullivan
*Attorneys for Plaintiff*

Dated: 3/1, 2007

TRUCKER HUSS

By: /s/ Robert F. Schwartz
Robert F. Schwartz
*Attorneys for Defendant*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 6, 2007

_____
Hon. Charles R. Breyer
United States District

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION RE STANDARD OF REVIEW [CASE NO. C06-06554 CRB]
#836651