IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH FAHEY,

    Plaintiff,

v.

WESTERN CONFERENCE OF TEAMSTERS PENSION PLAN,

    Defendant.

No. C 06-06554 CRB

**ORDER RE: BENCH TRIAL**

This is an ERISA action to recover pension credits and benefits. Now pending before the Court are the parties' cross-motions for summary judgment. Because the standard of review is *de novo*, the Court hereby converts the summary judgment proceeding to a bench trial on the administrative record, as supplemented by the parties in their moving papers. See Kearny v. Standard Ins. Co., 175 F.3d 1084, 1094-95 (9th Cir. 1999) (en banc). The Court will hear oral argument as previously scheduled at 10:00 a.m. on Friday, June 22, 2007.

**IT IS SO ORDERED.**

Dated: June 19, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\6554\order 1.wpd