Robert F. Schwartz - CA State Bar No. 227327
TRUCKER HUSS, A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, CA 94104-4398
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
email: rschwartz@truckerhuss.com

*Attorneys for Defendant*

Jeffrey Lewis - CA State Bar No. 66587
Cassie Springer-Sullivan - CA State Bar No. 221506
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
e-mail:
jlewis@lewisfeinberg.com
cssullivan@lewisfeinberg.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOESPH FAHEY,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>WESTERN CONFERENCE OF<br>TEAMSTERS PENSION PLAN,<br><br>　　　　　　Defendant. | Case No. C06-06554 CRB<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO MODIFY ORDER RE:**<br>**SUPPLEMENTAL EVIDENCE** |

//

//

//

//

//

STIPULATION AND [PROPOSED] ORDER TO MODIFY ORDER RE: SUPPLEMENTAL EVIDENCE
[CASE NO. C06-06554 CRB ]　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1

WHEREAS on June 22, 2006, this Court issued an order granting leave for the parties to take the depositions of Joseph Fahey and Sergio Lopez on the same day by no later than July 31, 2007, with supplemental briefs to be filed with the Court not later than August 10, 2007; and

WHEREAS Robert F. Schwartz, counsel for Defendant in this action, states: "On Friday, June 22, after receiving the Court's Order regarding further discovery, I attempted to reach Mr. Lopez at his home to inquire about his availability for a deposition in July. A woman who identified herself as Mr. Lopez's daughter informed me that Mr. Lopez was traveling in Mexico and that the family had no way to contact him there. She told me that he was scheduled to return to the Bay Area on July 29, and, depending on his flight time, should return to his home either that day or early on July 30"; and

WHEREAS Fed. Rule Civ. Pro. 45 requires that a witness must be served with a subpoena for attendance at a deposition and Fed. Rule Civ. Pro. 30 requires reasonable notice of that deposition; and

WHEREAS Sergio Lopez cannot receive a subpoena for attendance at his deposition until his return from Mexico on July 29 or 30, 2007; and

WHEREAS if Sergio Lopez is served with his deposition notice upon his return to the United States, the earliest reasonable date for the depositions will be in the latter half of August, 2007;

NOW, THEREFORE, the parties, through their attorneys of record, hereby stipulate and request that the Court order as follows:

1. The parties are ordered to complete the depositions of Joseph Fahey and Sergio Lopez not later than August 31, 2007;

2. Upon conclusion of these two depositions, the parties shall prepare simultaneous supplemental briefs, not to exceed ten pages, and shall file them not later than September 10, 2007;

3. All other aspects of the Court's June 22, 2007 Order Re: Supplemental Evidence remain unchanged.

Dated: June 28, 2007

Respectfully submitted,

LEWIS, FEINBERG, LEE,
RENAKER & JACKSON P.C.

By: /s/
Cassie Springer-Sullivan
*Attorneys for Plaintiff*

Dated: June 28, 2007

TRUCKER HUSS

By: 
Robert F. Schwartz
*Attorneys for Defendant*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 29, 2007

Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND [PROPOSED] ORDER TO MODIFY ORDER RE: SUPPLEMENTAL EVIDENCE
[CASE NO. C06-06554 CRB ]                                                                                     Page 3