1 | Robert F. Schwartz - CA State Bar No. 227327
TRUCKER HUSS, A Professional Corporation
2 | 120 Montgomery Street, 23rd Floor
San Francisco, CA 94104-4398
3 | Telephone: (415) 788-3111
Facsimile: (415) 421-2017
4 | email: rschwartz@truckerhuss.com

5 | *Attorneys for Defendant*

7 | Jeffrey Lewis - CA State Bar No. 66587
Cassie Springer-Sullivan - CA State Bar No. 221506
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
8 | 1330 Broadway, Suite 1800
Oakland, CA  94612
9 | Telephone: (510) 839-6824
Facsimile: (510) 839-7839
10 | e-mail:
 jlewis@lewisfeinberg.com
11 | cssullivan@lewisfeinberg.com

12 | *Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOESPH FAHEY, | |
| Plaintiff, | Case No. C06-06554 CRB |
| vs. | |
| WESTERN CONFERENCE OF TEAMSTERS PENSION PLAN, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY ORDER RE: SUPPLEMENTAL EVIDENCE** |
| Defendant. | |

WHEREAS on June 22, 2006, this Court issued an order granting leave for the parties to take the depositions of Joseph Fahey and Sergio Lopez on the same day by no later than July 31, 2007, with supplemental briefs to be filed with the Court not later than August 10, 2007; and

WHEREAS Sergio Lopez was out of the country until July 30, 2007 and therefore could not be subpoenaed for his deposition until after that day; and

WHEREAS the Court therefore granted the parties an extension to take the depositions of

1  Mr. Fahey and Mr. Lopez until August 31, 2007; and

2      WHEREAS the depositions were scheduled for August 30, 2007; and

3      WHEREAS on August 26, 2007, counsel for the parties in this Action learned that Mr.
4  Lopez has been hospitalized in Watsonville for the past 10 days with a serious illness, and it is
5  uncertain when he will be discharged or able to be deposed;

6      NOW, THEREFORE, the parties, through their attorneys of record, hereby stipulate and
7  request that the Court order as follows:

8      1.    The parties are ordered to complete the depositions of Joseph Fahey and Sergio
9          Lopez not later than November 30, 2007;

10     2.    Upon conclusion of these two depositions, the parties shall prepare simultaneous
11         supplemental briefs, not to exceed ten pages, and shall file them not later than
12         December 10, 2007;

13     3.    All other aspects of the Court's June 22, 2007 Order Re: Supplemental Evidence
14         remain unchanged.

16  Dated:  August 27, 2007      Respectfully submitted,

17      LEWIS, FEINBERG, LEE,
        RENAKER & JACKSON P.C.

19  By:   /s/_____
        Cassie Springer-Sullivan
        *Attorneys for Plaintiff*

20  Dated: August 27, 2007      TRUCKER HUSS

22  By:   /s/_____
        Robert F. Schwartz
        *Attorneys for Defendant*

24  PURSUANT TO STIPULATION, IT IS SO ORDERED.

25  Dated: _August 29___, 2007      _____
26      Hon. Charles R. Breyer
        United States District [Judge]

IT IS SO ORDERED
Judge Charles R. Breyer