IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH FAHEY,

    Plaintiff,

v.

WESTERN CONFERENCE OF
TEAMSTERS PENSION PLAN,

    Defendant.
_____/

No. C 06-06554 CRB

**JUDGMENT**

The Court having issued findings of fact and conclusions of law, judgment is entered in favor of Defendant and against Plaintiff Joseph Fahey.

**IT IS SO ORDERED.**

Dated: February 1, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\6554\Judgment.wpd